CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 18 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DARYLL KEITH SHUMAKE, | ) | |
| Plaintiff, | ) | Civil Action No. 7:12cv00174 |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| KAMEKO LIAN SMITH/DILLARD, | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Shumake's request to proceed *in forma pauperis* is **GRANTED**, this action is **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and the Clerk of Court is **DIRECTED** to **STRIKE** this action from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to the parties.

ENTER: This /s/ day of April, 2012.

/s/ Samuel G. Wilson
United States District Judge